**No. 46407.**—Protests 868365–G, etc., of American Dyewood Co. et al. (New York).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.